ERIC NUNN V. THE STATE.

No. 19085. Delivered June 16, 1937.

The opinion states the case.

*John S. Simmang,* of Giddings, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for being a delinquent child; punishment, confinement for one year in the reformatory.

This prosecution seems to have proceeded only upon a complaint. We find in the record no information. This we regard as a fatal defect. See Art. 1085, C. C. P.; Ex parte Cain, 86 Texas Crim. Rep., 509; Hogue v. State, 87 Texas Crim. Rep., 170; Brown v. State, 99 Texas Crim. Rep., 70; Ex parte Chandler, 99 Texas Crim. Rep., 255. Because the statute requires an information, and none appears in the record, this court is with-

out jurisdiction. Inasmuch as there appears a complaint in accordance with the demands of the statute, and an information may be filed, the judgment of the trial court will be reversed and the cause remanded.

*Reversed and remanded.*